MURPHY NICKEL PERRY T/A PERRY'S GROCERY & SERVICE STATION, PETITIONER v. NORTH CAROLINA STATE BOARD OF ALCOHOLIC CONTROL, RESPONDENT

No. 7410SC344

(Filed 18 September 1974)

Intoxicating Liquor § 2— revocation of beer license — sufficiency of evidence

Evidence that defendant, on two separate occasions, sold a six-pack of beer on Sunday in violation of the law was sufficient to support revocation of his beer license.

APPEAL by petitioner from *Hobgood, Judge,* 3 December 1973, Civil Session, WAKE County Superior Court. Heard in the Court of Appeals 29 August 1974.

The petitioner had his beer license revoked for a period of thirty (30) days by the defendant-respondent. He duly appealed to the superior court for a review, and thereafter the judge of the superior court sustained the action of the respondent. The petitioner thereupon appealed to this Court.

*Attorney General Robert Morgan by Associate Attorney James Wallace, Jr., for the respondent appellee.*

*Hubert H. Senter for petitioner appellant.*

CAMPBELL, Judge.

The evidence shown by the record reveals that the defendant, on two separate occasions, sold a six-pack of beer on Sunday in violation of the law.

The evidence was competent and substantial and fully supported the findings of fact. The findings of fact fully and adequately supported the adjudication of Judge Hobgood.

Affirmed.

Chief Judge BROCK and Judge VAUGHN concur.